JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BEDWELL, an individual, | Case No.: 5:21-cv-01494-KK |
| Plaintiff, | *Hon. Kenly Kiya Kato* |
| v. | |
| FUMIKO KAWASHIMA, Trustee of the Kay and Fumiko Kawashima Trust; and DOES 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: September 2, 2021<br>Trial Date: Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shawn Bedwell's action against Defendant Fumiko Kawashima is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  December 29, 2021

                                                                                     _Kenly_ (signature)
Hon. Kenly Kiya Kato
United States Magistrate Judge